IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00689-BNB

JEFFREY MARK ZARING,

Applicant,

v.

R. WILEY, Warden, Federal Prison Camp Florence,

Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 30 2009

GREGORY C. LANGHAM
                    CLERK

ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 30, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00689-BNB

Jeffrey M. Zaring
Prisoner No. 11270-081
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226-5000

Susan Prose
Assistant United State Attorney
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/30/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk