IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00689-PAB-BNB

JEFFREY MARK ZARING,

Applicant,

v.

R. WILEY, Warden, Federal Prisoner Camp, Florence,

Respondent.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Jeffrey Mark Zaring's Pro Se Motion for an Order to Respondent to Enter a Response on the Merits of Applicant's Petition** [docket no. 9, filed April 27, 2009] (the "Motion").

     IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED: March 3, 2010