IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00689-PAB

JEFFREY MARK ZARING,

    Applicant,

v.

R. WILEY, Warden, Federal Prison Camp Florence,

    Respondent.

## ORDER

This matter is before the Court on applicant Mr. Zaring's motion to clarify [Docket No. 22]. In his motion, Mr. Zaring argues that this Court, by entering an Order of Reference to United States Magistrate Judge [Docket No. 12], authorized discovery and the holding of an evidentiary hearing. Contrary to Mr. Zaring's interpretation, the Order of Reference does no such thing. Rather, it authorizes the magistrate judge to "[h]ear and *determine* pretrial matters, including discovery and other non-dispositive motions." Docket No. 12 at 1 (emphasis added). Further, it empowers the magistrate judge to hold evidentiary hearings, *id.* at 1, but does not order that any such hearings must be held. In short, the Order of Reference granted no affirmative relief to Mr. Zaring. Therefore, it is

    **ORDERED** that Mr. Zaring's motion to clarify [Docket No. 22] is denied.

DATED September 27, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge